FILED
JAMES BONINI
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

12 FEB -1 PM 1:25

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| --- | --- | --- |
|  | : | **1:12CR- 010** |
| v. | : | INDICTMENT |
|  | : | 18 U.S.C. § 875(c)   **J. BARRETT** |
| MICHAEL T. CREEDON | : |  |
|  | : |  |

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about December 11, 2010, in the Southern District of Ohio and elsewhere, defendant **MICHAEL T. CREEDON**, willfully and knowingly did transmit in interstate commerce an electronic mail communication from Seville, Ohio, to the Clifton Mosque, Cincinnati, Ohio, that contained the following title: "get out of our city," and the following threat to injure the person of another: "You should know that you are not wanted in Cincinnati. I am a local business owner asking you and your terorist [sic] thugs to leave this city. We don't want you here. Mohammad is a joke. Go back to your desert. Beware. We may just declare jihad on you."

In violation of 18 U.S.C. § 875(c).

A TRUE BILL:

S/
_____
GRAND JURY FOREPERSON

CARTER M. STEWART
UNITED STATES ATTORNEY

_____
ANTHONY SPRINGER
CINCINNATI BRANCH CHIEF